CARTER *et al v.* THE STATE.

SIMMONS, C. J. The indictment charged the defendants with vending drugs and poisons without license. It contained the necessary allegations under the Penal Code, § 480, and all of the necessary exceptions of the Political Code, § 1499, and was therefore a good and valid indictment. There was no error in overruling the demurrer thereto.

*Judgment affirmed. All the Justices concur.*

Argued February 22,—Decided March 2, 1905.

Indictment for vending drugs and poisons without license. Before Judge Griffin. City court of Valdosta. January 16, 1905.

*T. H. Nolan,* for plaintiffs in error.

*S. M. Varnedoe, solicitor,* contra.